# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**MICHAEL D. BENSON,**

                **Plaintiff,**

v.                       Case No. 18-3178-SAC

**TOPEKA POLICE DEPARTMENT**
and (fnu) (lnu),

                **Defendants.**

## JUDGMENT IN A CIVIL CASE

**( )**     **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( x )**     **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that this case is dismissed.

Entered on the docket 07/16/19

**Dated: July 16, 2019**         TIMOTHY M. O'BRIEN
                                        CLERK OF THE DISTRICT COURT


                                                   **s/S. Nielsen-Davis**
                                                   **Deputy Clerk**